Karen L. Uno (SBN 117410)
David P. Borovsky (SBN 216588)
COZEN O'CONNOR
575 Market St., Ste. 2200
San Francisco, CA 94105
Telephone:  415.644.0914
Facsimile:   415.644.0978
Email:         kuno@cozen.com
                    dborovsky@cozen.com

Attorneys for Plaintiffs
NATIONWIDE INSURANCE COMPANY OF
AMERICA and AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATIONWIDE INSURANCE COMPANY OF AMERICA and AMCO INSURANCE COMPANY,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>ELISET GOMEZ; NAHEEM QAYYUM; NIGHAT KHAN; and RAVIEZ KHAN,<br><br>　　　　　Defendant(s). | Case No.: 2:16-CV-01114-MCE-CKD<br><br>ORDER EXTENDING RULE 26(F) DEADLINES |

The Court, having reviewed the Plaintiffs' Request for 30-Day Extension of Rule 26(f) Deadlines and finding good cause therefor, hereby Orders the following extension of the deadlines set in the Initial Pretrial Scheduling Order. ECF No. 4 at 2:14-17:

Within ***ninety (90)*** days of service of the complaint on any party, or from the date of removal, the parties shall confer as required by Federal Rule of Civil Procedure 26(f) and shall prepare and submit to the Court the Rule 26(f)(3) discovery plan within fourteen (14) days of the parties' conference.

IT IS SO ORDERED.

Dated:  August 19, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LEGAL\27772972\2                                1                        CASE NO.: 2:16-CV-01114-MCE-CKD
ORDER EXTENDING RULE 26(F) DEADLINES