Karen L. Uno, SBN 117410
kuno@bkscal.com
David P. Borovsky, SBN 216588
dborovsky@bkscal.com
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, CA 94608-2604
Telephone:  (510) 658-3600
Facsimile:  (510) 658-1151

Attorney for Plaintiff
Nationwide Insurance Company of America,
and AMCO Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA -SACRAMENTO DIVISION

| | |
|---|---|
| NATIONWIDE INSURANCE COMPANY OF AMERICA AND AMCO INSURANCE COMPANY,<br>　　　　Plaintiff(s),<br><br>　　v.<br><br>ELISET GOMEZ; NAHEEM QUYYAM; NIGHAT KHAN; and RAVIEZ KHAN.<br>　　　　Defendant(s). | CASE NO.: 2:16-CV-01114-MCE-CKD<br><br>**STIPULATION TO SET ASIDE DEFAULT AND TO ALLOW DEFENDANT, ELISET GOMEZ, TO ANSWER, ORDER THEREON** |

　　　　Plaintiff, NATIONWIDE INSURANCE COMPANY OF AMERICA AND AMCO INSURANCE COMPANY ("Plaintiffs"), and Defendant, ELISET GOMEZ ("Defendant"), by and through counsel of record agree as follows;

　　　　WHEREAS, Plaintiff filed a complaint in U.S District Court Eastern District of California, against Defendant on May 24, 2016.

　　　　WHEREAS, Plaintiff submits that Defendant was served on June 14, 2016.

　　　　WHEREAS, Defendant did not respond to Complaint prior to July 13, 2016.

STIPULATION TO SET ASIDE DEFAULT AND TO ALLOW DEFENDANTTO ANSWER, ORDER THEREON - 1

WHEREAS, Plaintiff Requested an Entry of Default as to Defendant on, July 13, 2016, by the clerk.

WHEREAS Defendant subsequently hired counsel for representation on July 29, 2016.

IT IS THEREFORE STIPULATED, pending a further order of the Court, the default as to Defendant, ELISET GOMEZ, entered July 13, 2016 be set aside and that Defendant be given 30 days to file an Answer to the Complaint.

Dated:  September    , 2016

                Respectfully Submitted By:

                THE LAW OFFICES OF LAWRENCE KNAPP

                _____
                Lawrence Knapp
                Attorney for Defendant
                Eliset Gomez

Dated:  September    , 2016

                Respectfully Submitted By:

                BECHERER KANNETT & SCHWEITZER

                _____
                Karen Uno
                Attorney for Plaintiff(s)
                Nationwide Insurance Company of America
                and Amco Insurance Company

## **ORDER**

Pursuant to the stipulation of the parties and good cause having been shown, the default entered against ELISET GOMEZ on, July 13, 2016, (ECF No. 9) is hereby set aside, and the Answer to the complaint shall be due to the Court no later than 30 days from the date of this order.

IT IS SO ORDERED.

Dated:  September 16, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION TO SET ASIDE DEFAULT AND TO ALLOW DEFENDANT TO ANSWER, ORDER THEREON - 3