UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE INSURANCE COMPANY OF AMERICA AND AMCO INSURANCE COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ELISET GOMEZ,<br><br>　　　　　Defendant. | No. 2:16-CV-01114-MCE-CKD<br><br><br><br><br>**ORDER** |

　　　　On October 19, 2016, Plaintiffs NATIONWIDE INSURANCE COMPANY and AMCO INSURANCE COMPANY and Defendant ELISET GOMEZ filed a Joint Rule 26(f) Report outlining their intended discovery plan. ECF No. 19. In that plan, the parties request postponement of initial disclosures and a stay of discovery pending the Court's ruling on anticipated cross-motions for summary judgment. Depending on the outcome of those motions, the case may be disposed of entirely, or the issues may be substantially narrowed. The parties represent that motions for summary judgment will be based "primarily if not entirely on stipulated facts, and without the need for any discovery."

　　　　The Court agrees that it would be more efficient to stay all discovery until the cross-motions for summary judgment can be ruled on. Based on the parties' Joint Rule

26(f) Report, and good cause having been shown to amend the Initial Pretrial Scheduling Order (ECF No. 4), the Court hereby orders that all discovery be stayed pending a ruling on the parties' anticipated cross-motions for summary judgment.  If such a ruling does not dispose of the case entirely, the stay shall automatically be lifted and the parties shall make initial disclosures under Rule 26 within fourteen (14) days of the date the Order on the cross-motions is electronically filed, and shall complete fact discovery within six (6) months of the date the Order is electronically filed.

The parties are further ordered to file a Joint Notice of Trial Readiness not later than 90 days from the close of fact discovery.  The parties are to set forth in their Notice of Trial Readiness, the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial.  After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth a date for a final pretrial conference and trial.

All other procedures, dates, and deadlines set forth in the Initial Pretrial Scheduling Order (ECF No. 4) are to remain unchanged by this Order.

IT IS SO ORDERED.

Dated:  November 3, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE